FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 4 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

ERIC QUINTANILLA,                                    :

               Plaintiff,                           :

-against-                                            :

CREDIT SMART, LLC,                                   :

               Defendant.                         :

                                          :

-------------------------------------------------------------- X

13-CV-2316 (ARR)(MDG)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated June 18, 2014, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, plaintiff's motion for default judgment is granted in the amount of $3,748.00, consisting of statutory damages of $1,000.00, attorneys' fees of $2,298.00, and costs of $450.00. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

                                  /S/ Judge Allyne R.

                                  Allyne R. Ross
                                  United States District Judge

Dated:     July 14, 2014
            Brooklyn, New York

## SERVICE LIST

<u>Defendant</u>
Credit Smart LLC
273 Walt Whitman Road, Suite 310
Huntington Station, NY 11746